# United States District Court

WESTERN DISTRICT OF WASHINGTON

JOHN E. BETTYS

v.

BERNARD WARNER, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C12-5619RBL/JRC

\_\_  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Court adopts the Report and Recommendation.

(2) This action is dismissed without prejudice failure to exhaust administrative remedies and failure to exhaust habeas corpus remedies.

(3) In forma pauperis status is revoked for purpose of appeal.


| August 17, 2012 | WILLIAM M. McCOOL |
|---|---|
| Date | Clerk |
|  | *s/CM Gonzalez* |
|  | CgDeputy Clerk |